IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | No. 10-121 |
| ROBERT MCKNIGHT, et al. | : | |

## **ORDER**

AND NOW, this 10th day of September, 2010, it is ORDERED Defendant Lamont Paige's Motion to Suppress Physical Evidence (Doc. 30) is DENIED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.