IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 10-121-1 |
| v. | : | |
| | : | CIVIL ACTION |
| ROBERT McKNIGHT | : | No. 15-5486 |

**<u>ORDER</u>**

AND NOW, this 8th day of May, 2023, upon consideration of Petitioner Robert McKnight's Amended Motion to Correct Sentence Under 28 U.S.C. § 2255 (ECF No. 128), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED:

1. The Motion is DENIED without an evidentiary hearing; and

2. A Certificate of Appealability shall not issue, as reasonable jurists would not debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The Clerk of Court is further DIRECTED to mark both the civil and criminal matters as CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.